

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-26-00053-CV

**IN THE GUARDIANSHIP** of Ben Jerome **PAWELEK**, An Incapacitated Person

From the County Court, Karnes County, Texas
Trial Court No. PR-2025-0011
Honorable Michael Newman, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Velia J. Meza, Justice

Delivered and Filed: August 5, 2026

DISMISSED

On July 13, 2026, appellant, Ben Jerome Pawelek, filed his voluntary motion to dismiss appeal. After consideration, we grant appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM